IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THCI COMPANY LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:04-cv-00367-GMS |
| ) | |
| v. ) | |
| ) | |
| ABE BRIARWOOD CORP., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF DISCOVERY

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff and that on the 17th of May 2005, I caused to be served copies of *Plaintiff's First Request for Production of Documents* upon the party listed below in the manner indicated:

VIA HAND DELIVERY
Christopher Winter, Esq.
Michael Lastkowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington DE 19801

I also hereby certify that on the 19th day of May 2005, I did cause to be served a copy of the aforementioned document upon the party listed below in the manner indicated:

VIA FACSIMILE & FIRST CLASS MAIL
Robert Freilich, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Los Angeles, California 90071-2228
Fax: 213-627-0705

Dated: May 19, 2005

_____
Dennis A. Meloro (No. 4435)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, Delaware 19801
(302) 661-7000
(302) 661-7360 (facsimile)