IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THCI COMPANY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABE BRIARWOOD CORP., )<br>)<br>Defendant. )  | Civil Action No.<br>1:04-cv-00367-GMS |

**NOTICE OF SERVICE OF DEFENDANT'S OBJECTIONS AND RESPONSES
TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

I, Richard W. Riley, certify that I am not less than 18 years of age, and that on June 16, 2005, I caused a true and correct copy of the Defendant's Objections and Responses to Plaintiff's First Request for Production of Documents to be served on the following individuals in the manner indicated:

Scott D. Cousins, Esquire
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
**GREENBERG TRAURIG, LLP**
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
*Via Hand Delivery*

Ronald L. Castle, Esquire
**ARENT FOX PLLC**
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
*Via First Class Mail*

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: June 16, 2005
      Wilmington, Delaware

**DUANE MORRIS LLP**

_/s/_

Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
Christopher M. Winter (DE I.D. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

-and-

**TROUTMAN SANDERS LLP**
Amos Alter, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

*Attorneys for Defendant ABE Briarwood Corp.*